(October 5, 1978)

■ The People of the State of New York, Respondent, v Renee Ziegler, Appellant.—Judgment, Supreme Court, New York County, rendered on August 26, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Lupiano, Yesawich and Sullivan, JJ.